STATE OF NEW JERSEY v. LOUIS JOSEPH LIPPOLIS.

May 19, 1971. Petition for certification denied.

BROOKCHESTER, INC. v. DIRECTOR, DIVISION
OF TAXATION.

RICHFIELD VILLAGE, INC. v. DIRECTOR,
DIVISION OF TAXATION.

May 19, 1971. Petition for certification denied. (See 113
*N. J. Super.* 570.)

STATE OF NEW JERSEY v. THOMAS JOHN KARTNER.

May 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. WINSELL MARSHALL LYLES.

May 19, 1971. Petition for certification denied.

MRS. JAY'S, INC., t/a MRS. JAY'S. v. RICHARD D.
McDONOUGH, DIRECTOR, ETC.

May 19, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. THOMAS WOOTEN.

May 19, 1971. Petition for certification denied.